# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD LEE CANADA, | Case No. 1:17-cv-00873-BAM (PC) |
|---|---|
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE OCTOBER 20, 2017 ORDER ON PLAINTIFF |
| v. | |
| NIEBERT, | |
| Defendant. | |

Plaintiff Ronald Lee Canada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 20, 2017, the Court granted Plaintiff's motion for an extension of time to file his amended complaint. (ECF No. 17.) On October 30, 2017, Plaintiff's address was changed pursuant to a notice of change of address filed in 2:17-cv-0313 EFB on October 27, 2017. (Canada v. Lewis, 2:17-cv-00313-EFB, Doc. No. 25.) That document states that Plaintiff was transferred from California Men's Colony State Prison to California Health Care Facility on September 29, 2017. (Id.)

Accordingly, it is HEREBY ORDERED that the Clerk of the Court is DIRECTED to re-serve the Court's October 20, 2017 order granting Plaintiff's motion for an extension of time (ECF No. 17) on Plaintiff at his current address of record.

IT IS SO ORDERED.

Dated: **October 31, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1